```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 16-15768-jkf
Jeffrey R. Gorman                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1                  Date Rcvd: Nov 17, 2016
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
db             +Jeffrey R. Gorman,    6286 Lower Mountain Rd.,    New Hope, PA 18938-9625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JON M. ADELSTEIN    on behalf of Debtor Jeffrey R. Gorman jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffery R. Gorman <br> _Debtor_ | CHAPTER 7 |
| JPMorgan Chase Bank, N.A. <br> _Movant_ <br> vs. | NO. 16-15768 JKF |
| Jeffery R. Gorman <br> _Debtor_ | |
| Bonnie B. Finkel Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

**AND NOW**, this 16th day of November, 2016, the Court having considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, it is hereby **ORDERED** that:

(1) the automatic stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant with regard to JF2SJAAC3FG587316 2015 Subaru Forester; and

(2) the stay provided by Bankruptcy Rule 4003(a)(3) is hereby waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Jeffery R. Gorman
6286 Lower Mountain Road
New Hope, PA 18938

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532